UNITED STATES DISTRICT COURT         SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:19-cv-3537 |
|---|---|---|---|

| Roxanne Gant |
|---|
| *versus* |
| The Coca-Cola Company |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Cory W. Eichhorn<br>HOLLAND & KNIGHT LLP<br>701 Brickell Avenue, Suite 3300<br>Miami, FL 33131<br>Telephone: (305) 374-8500<br>Email: cory.eichhorn@hklaw.com<br>Florida Bar No. 576761 |
|---|---|

| Name of party applicant seeks to appear for: | The Coca-Cola Company |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No __✓__

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 11/22/2019 | Signed: | /s/ Cory W. Eichhorn |
|---|---|---|

| The state bar reports that the applicant's status is: _Good Standing_ | | |
|---|---|---|
| Dated: 11/25/19 | Clerk's signature | /s/ Aram |

| **Order** | This lawyer is admitted *pro hac vice*. |
|---|---|
| Dated: 11/25/19 | /s/ George Hanks<br>United States District Judge |