# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| ROXANNE GANT, individually and on behalf of all others similarly situated, | § § § § | **CLASS ACTION** |
| *Plaintiff*, | § § § | **Case No. 4:19-CV-3537** |
| vs. | § § § | **JURY TRIAL DEMANDED** |
| THE COCA-COLA COMPANY, a Delaware Corporation, | § § § § § | |
| *Defendant*. | § | |

## NOTICE OF SETTLEMENT

Plaintiff, Roxanne Gant, by and through undersigned counsel, herby gives notice that the parties have reached a settlement with respect to Plaintiff's individual claims. Plaintiff and Defendant are in the process of finalizing their settlement agreement. Plaintiff anticipates filing a notice of dismissal within ten (10) days.

Date: December 2, 2019

Respectfully Submitted,

**SHAMIS & GENTILE, P.A.**
*/s/ Angelica M. Gentile*
Angelica M. Gentile, Esq.
Texas Bar No. 24112322
agentile@shamisgentile.com
14 NE 1st Avenue, Suite 1205
Miami, FL 33132
Telephone: 305-479-2299

*Counsel for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

**SHAMIS & GENTILE, P.A.**
14 NE 1st Ave., Suite 1205
Miami, FL 33132
Telephone (305) 479-2299
Facsimile (786) 623-0915
Email: efilings@shamisgentile.com

By:   */s/ Angelica M. Gentile*
Angelica M. Gentile, Esq.
Texas Bar No. 24112322

*Attorneys for Plaintiff Roxanne Gant and all others similarly situated.*