**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Roxanne Gant | § | |
| | § | |
| *versus* | § | Case Number: 4:19−cv−03537 |
| | § | |
| The Coca−Cola Company | § | |

# Notice of Cancellation

The Pre−Motion Conference set for 12/2/2019 is CANCELLED.

Date: December 2, 2019

David J. Bradley, Clerk